UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-00299-FL

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | **NOTICE OF DISMISSAL** |
| v. | ) | |
| | ) | |
| ABISHEK KRISHNAN | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Superseding Indictment in this case for the following reason:

A grand jury convened in the Eastern District of North Carolina returned a forty-three (43) count Superseding Indictment on August 28, 2019, charging violations of the Food, Drug, and Cosmetic Act as well as violations of Title 18 of the United States Code. An arrest warrant is pending, and the Defendant is currently in fugitive status. The Defendant is presently believed to be in India. However, the charged offenses are not extraditable under the United States' extradition treaty with

India.

Respectfully submitted this 2nd day of September, 2025.

                                          W. ELLIS BOYLE
                                          United States Attorney

BY:  */s/ David G. Beraka*
       David G. Beraka
       Assistant United States Attorney
       Criminal Division
       150 Fayetteville Street, Suite 2100
       Raleigh, NC 27601
       (919) 856-4871
       david.beraka@usdoj.gov
       N.C. Bar No. 54090

Leave of Court is granted for the filing of the foregoing dismissal.

                                          LOUISE W. FLANAGAN
                                          United States District Judge

Date: 9/2/2025